UNITED STATES v. FRED L. COLE

No. 7602.—Invoice dated Mexico, D. F., September 11, 1947.
Certified September 11, 1947.
Entered at Corpus Christi, Tex., September 29, 1947.
Entry No. 5–C.

(Decided June 18, 1948)

*Paul P. Rao*, Assistant Attorney General (*Richard H. Welsh*, special attorney), for the plaintiff.
Defendant not represented by counsel.

JOHNSON, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation:

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the market value or price at the time of exportation of the merchandise involved herein, at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of the country from which exported, in the usual wholesale quantities and in the ordinary course of trade, for exportation to the United States, plus, when not included in such price, the cost of containers and coverings of whatever nature, and all other costs, charges, and expenses incident to placing the merchandise in condition, packed ready for shipment to the United States—is as follows:

Azulejos—Decorados 11 x 11_____ Mex. $0.55 each
Azulejos—Tipicos varios, 11 x 11_____ 2.00 each
Packing included.   Tax (1.65%) extra.

IT IS FURTHER STIPULATED AND AGREED that there was no higher foreign value for the merchandise herein at the time of exportation.
IT IS FURTHER STIPULATED AND AGREED that this case may be submitted on the foregoing stipulation.

Azulejos—Decorados 11 x 11_____ Mex. $0.55 each
    Azulejos—Tipicos varios, 11 x 11_____      2.00 each
Packing included.   Tax (1.65%) extra.

Judgment will be rendered accordingly.